App. Div. 367; appeal dismissed, 170 N. Y. 573; *Village of St. Johnsville* v. *Smith*, 61 App. Div. 380; *County of Orange* v. *Storm King Stone Co.*, 180 id. 208, 210.) Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH MARK, Appellant.—Appeal from judgment of conviction and from order denying motion for new trial dismissed as not having been taken within the time provided by the statute.* Order entered September 25, 1928, vacating order of April 24, 1928, affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ROSE SCHAFFER, Respondent, v. JACOB B. LAZARUS, Appellant.— Judgment and orders affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THERESA HETTIG, Appellant, v. SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ELIZABETH A. FOX, Respondent, v. THE VANORNAM COAL COMPANY, INCORPORATED, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EDGAR S. JENNINGS, Respondent, v. JOHN PIWINSKI, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

BENJAMIN BAKER, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EMIL SZABO and Another, Appellants, v. HELEN ROGALSKI, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CARL C. WINTERS, Respondent, v. JOSEPH D. MORRELL and Another, Appellants. — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

RAYMOND A. FREEBURG, Respondent, v. BOARD OF EDUCATION, SCHOOL DISTRICT No. 1, TOWN OF ELLICOTTVILLE, CATTARAUGUS COUNTY, NEW YORK, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Petition of JOSEPH A. ALBRECHT and Others (Practicing Law as a Partnership under the Firm Name of ALBRECHT, MAGUIRE & MILLS) to Enforce an Attorney's Lien.— Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HENRY M. PICKLE and Another, Respondents, v. W. BERTRAM PAGE, Appellant. — Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor and Crosby, JJ.

JOHN A. FITZPATRICK, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion for a reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

SOPHIE C. BROSEMER, Appellant, v. ALICE MONGIN and Others, Defendants.

* See Code Crim. Proc. § 521.— [REP.